DOUGLAS COUNTY v. CHARLES B. KELLER ET AL.

FILED JANUARY 7, 1897.   No. 8280.

Counties: VOID SALE OF LAND: PURCHASE MONEY. The settlement of
the questions presented in this case is governed by the conclusions
stated in the case of *Stenberg v. State*, 50 Neb., 127.

REHEARING of case reported in 48 Neb., 317. *Reaffirmed.*

*William D. Beckett* and *Read & Beckett*, for plaintiff in
error.

*Charles B. Keller* and *George W. Doane, contra.*

HARRISON, J.

There was a judgment in the district court for claim-
ants in this case, on an appeal from the action of the
county board of Douglas county, on a claim of Charles
B. Keller and others presented against the county, which,
in error proceedings to this court, was affirmed. (See
*Douglas County v. Keller*, 43 Neb., 635.) A motion was
afterwards filed in behalf of the county to set the judg-
ment aside, which, on hearing, was overruled. To review
such ruling error was prosecuted for the county, and on
presentation here the judgment of the lower court was
affirmed (see *Douglas County v. Keller*, 48 Neb., 317), and
on motion a rehearing was granted, pursuant to which,
in the regular course, the case has been again submitted.
As this case presents the same points for settlement as
have been determined in the case of *Stenberg v. State*, 50
Neb., 127, following the conclusions therein, the judg-
ment herein must be

REAFFIRMED.